IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SYNOVUS BANK d/b/a STERLING BANK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:14cv138-WHA |
| EDGEWOOD TOWNHOUSES, LLC, | ) (wo) |
| Defendant. | ) |
| | |
| RICHARD TABOR, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| LEE HAIGLER SIMS; HERBERT M. SCHEUER, JR., and WILLIAMS F. DAVIS, | ) |
| Defendants/Third-Party Defendants. | ) |

**ORDER**

Upon consideration of the Joint Stipulation of Dismissal of Lee Haigler Sims, Herbert M. Scheuer Jr., and William F. Davis, Without Prejudice (Doc. #42), it is hereby

ORDERED that the third party claims are dismissed without prejudice.

Parties to bear their own costs and attorneys fees.

This case is closed.

Done this 1st day of December, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE